UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS STATE PAINTERS WELFARE FUND | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Cause No. 4:17-01564 ) |
| KARL PAINTING, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL

COME NOW Plaintiffs, by undersigned Counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), dismiss this matter *without prejudice.*

Respectfully Submitted,

CAVANAGH & O'HARA LLP

 /s/ James R. Kimmey
JAMES R. KIMMEY, No. 51148MO
101 W. Vandalia St., Suite 245
Edwardsville, IL  62025
(618) 692-5250 (tel.)
(681) 692-5254 (fax)
jaykimmey@cavanagh-ohara.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing "*Notice of Dismissal*" was placed in the United States Mail, First Class postage prepaid on July 26, 2017, for service upon the following non-participants in the Court's CM/ECF system:

Karl Painting, Inc.
8 Park Lawn Dr.
Fenton, MO  63026

 /s/ James R. Kimmey